CITY OF WATER VALLEY *v.* STATE EX REL. COLLINS, ATTY. GEN.

[60 South. 325.]

APPEAL AND ERROR.    *Briefs.    Rule of Court.*

> Where the brief of appellant fails to comply with that portion of paragraph three of rule seven of the supreme court rules which provides that briefs shall, if typewritten, "be in black ink," the brief being partly in red and partly in black ink, the cause will be remanded to the docket, with leave to appellant to file a brief complying with this rule within ten days.

APPEAL from the circuit court of Yalobusha county.
HON. N. A. TAYLOR, Judge.

Suit between the city of Water Valley and the state on the relation of Ross Collins, attorney-general. From a judgment for the state the plaintiff appeals.

The facts are fully stated in the opinion of the court.

*J. G. McGowan,* attorney for appellant.

*Frank Johnston*, assistant attorney-general, for the state.

The facts are fully stated in the opinion of the court.

SMITH, C. J., delivered the opinion of the court.

Appellant's brief fails to comply with that portion of paragraph 3 of rule 7 (101 Miss. 905, 59 South. viii), which provides that briefs shall, if typewritten, "be in black * * * ink." The brief is written partly in black and partly in red ink.

The cause will be remanded to the docket, with leave to appellant to file a brief complying with this rule within ten days. When this brief shall have been filed, the clerk is directed to again submit the cause. REMANDED.